IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**COLBY BLAKE FITTS**                                                                                           **PLAINTIFF**

V.                                          CASE NO. 3:24-CV-3011

**SHERIFF DANIEL KLATT**                                                                                  **DEFENDANT**

### ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 3) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Complaint. He recommends dismissing the case without prejudice. Plaintiff filed a Response to the R&R (Doc. 4) that is largely nonsensical and fails to engage with the R&R's legal reasoning in any respect. The Court does not consider the Response to be a valid objection and therefore sees no reason to rule on it.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 20th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE